UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| | : | |
| COX, GREGORY R. | : | Case No. 09-18758-SSM |
| COX, JEAN A. | : | Chapter 7 |
| | : | |
| Debtors. | : | |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $6.47 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
| --- | --- | --- |
| Coastal Printing<br>PO Box 1340<br>Ocean View, DE 19970-0000 | 7 | $0.21 |
| Sysco Eastern Maryland, LLC<br>Re: Pop Pop's Donuts, LLC<br>PO Box 477<br>Pocomoke City, MD 21851-0477 | 8 | $1.31 |
| Chevy Chase Bank<br>7501 Wisconsin Ave., 3rd flr<br>Bethesda, MD 20814 | 10 | $1.15 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 11 | $0.65 |
| PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services | 14 | $3.06 |

PO Box 19008
Greenville, SC 29602

Verizon                                    18              $0.09
PO BOX 3037
Bloomington, IL 61702-3037



Dated:  08/04/2011                 /s/ RICHARD A. BARTL
                                   RICHARD A. BARTL, Chapter 7 Trustee
                                   TYLER, BARTL, RAMSDELL & COUNTS, PLC
                                   300 N. Washington Street, Suite 202
                                   Alexandria, Virginia 22314
                                   (703) 549-7177